Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Amentum Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH FRENTRESS, | Case No.: 3:25-cv-00540-MMD-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL AND PROPOSED ORDER** |
| vs. | |
| AMENTUM SERVICES, INC., | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Joseph Frentress, ("Plaintiff"), through his counsel William L. Geddes, at The Geddes Law Firm P.C., and Defendant, Amentum Services, Inc., through its counsel, Jackson Lewis P.C., that the deadline to file a Dismissal in this case be extended to June 5, 2026.

This Stipulation is submitted and based upon the following:

1. The parties reached an agreement to settle their claims at the Early Neutral Evaluation Conference before Magistrate Judge Carla Baldwin on March 17, 2026.  The parties were ordered to complete settlement and submit a stipulation and proposed order for dismissal no later than May 18, 2026. *See* ECF No. 25.

2. The parties' have negotiated the written settlement agreement, which has now been executed by Plaintiff.  On April 28, 2026, Plaintiff provided the completed W9s and tax information necessary to cut the settlement checks.  Amentum Services is working on the

Jackson Lewis P.C.
Las Vegas

payment, but will need time to prepare the settlement payment, deliver it to Plaintiff's counsel, and then file a Dismissal with the Court.

3.  The Parties agree and request an extension of 18 days, up to and including June 5, 2026, to complete settlement payment and file the Dismissal with this Court.

4.  This request is made in good faith and not for the purpose of delay.

Dated this 13th of May, 2026.

THE GEDDES LAW FIRM, P.C.

/s/ William L. Geddes
William L. Geddes
5605 Riggins Court, Suite 101-B
Reno, Nevada 89502

*Attorney for Plaintiff*
*Joseph Frentress*

JACKSON LEWIS P.C.

/s/ Deverie J. Christensen
Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Amentum Services, Inc.*

**ORDER**

IT IS SO ORDERED:

United States District Court

Dated: __May 14, 2026_____