Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Amentum Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH FRENTRESS,<br><br>                Plaintiff,<br><br>        vs.<br><br>AMENTUM SERVICES, INC.,<br><br>                Defendant. | Case No.: 3:25-cv-00540-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Joseph Frentress, ("Plaintiff"),

through his counsel William J. Geddes, at The Geddes Law Firm P.C., and Defendant, Amentum

Services, Inc., through its counsel, Jackson Lewis P.C., that pursuant to Fed. R. Civ. P. Rule

/ / /

/ / /

/ / /

/ / /

/ / /

Jackson Lewis P.C.
Las Vegas

41(a)(1)(A)(ii), the above entitled action is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 1st day of June, 2026.

THE GEDDES LAW FIRM, P.C.

JACKSON LEWIS P.C.

*/s/ William J. Geddes*
William J. Geddes
5605 Riggins Court, Suite 101-B
Reno, Nevada 89502

*Attorney for Plaintiff*
*Joseph Frentress*

*/s/ Deverie J. Christensen*
Deverie J. Christensen
Nevada State Bar No. 6596
Hilary A. Williams
Nevada State Bar No. 14645
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Amentum Services, Inc.*

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear their own costs and fees.  The Clerk of Court is kindly instructed to close this case.



United States District Court Judge

Dated: June 2, 2026